MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
  *jnadolenco@mayerbrown.com*
NEIL M. SOLTMAN (SBN 67617)
  *nsoltman@mayerbrown.com*
MATTHEW H. MARMOLEJO (SBN 242964)
  *mmarmolejo@mayerbrown.com*
ANDREW Z. EDELSTEIN (SBN 218023)
  *aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE (*pro hac vice* to be submitted)
  *JChase@herzfeld-rubin.com*
MICHAEL B. GALLUB (*pro hac vice* to be submitted)
  *MGallub@herzfeld-rubin.com*
MARK A. WEISSMAN (*pro hac vice* to be submitted)
  *MWeissman@herzfeld-rubin.com*
125 Broad Street
New York, NY 10004
Telephone: (212) 471-8500
Facsimile:  (212) 344-3333

Attorneys for Defendant
Volkswagen Group of America, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation; VOLKSWAGEN AG, a corporation organized under the laws of the Federal Republic of German; AUDI OF AMERICA, LLC d/b/a AUDI OF AMERICA, INC., a New Jersey corporaiton; AUDI AG, a corporation organized under the laws of the Federal Republic of Germany; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-CV-02147-TLN-EFB<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Troy L. Nunley<br><br>Complaint Filed:  October 14, 2015 |

Having considered the Joint Stipulation To Extend Time To Respond To The Complaint, IT IS HEREBY ORDERED THAT the Joint Stipulation To Extend Time To Respond To The Complaint is hereby **APPROVED** and:

The deadline for Volkswagen Group of America, Inc. to answer, move, plead or otherwise respond to the Class Action Complaint is extended to January 8, 2016.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
Troy L. Nunley
United States District Judge